## NEW YORK SUPERIOR COURT.

WILLIAM J. GRAFF, receiver agt. P. BONNETT, executor, and others.

A *receiver*, in supplementary proceedings, does not become invested with the *title to any property* acquired by the debtor *subsequent* to the order appointing the receiver, and perhaps not to any not belonging to the debtor when the proceedings resulting in his appointment *were commenced*,

*New York Special Term, September,* 1863.

THIS is an action, by a receiver, appointed in supplementary proceedings, to reach the interest money paid by the defendants, as executors, to the judgment debtor. A bequest was made to the judgment debtor by the will of his father, the terms of which were, that the sum should be invested on bond and mortgage, and the interest money paid by the executors, one of whom is the judgment debtor, to the judgment debtor. Defendants demurred to the complaint as not containing facts constituting a cause of action.

John Aitkin, *for the plaintiff.*
Amherst Wright, Jr., *for the defendants.*

By the court, Bosworth, Justice.   It is not apparent on what ground the judgment debtor's co-executors can be required to account for interest moneys paid to or received by him before they had notice of any claim of the plaintiff, and W. H. Bonnett is not proceeded against individually, but as executor.   It is not apparent that he can be compelled to account, in this action, for any interest moneys he has received and expended since the plaintiff was appointed receiver.   A receiver does not, as such, become invested with the title to any property acquired by the debtor subsequent to the order appointing the receiver, and perhaps not to any not belonging to the debtor when the proceedings resulting in his appointment were commenced. (*Campbell* agt. *Geret*, 2 *Hilt.*, 295.) Without deciding that the complaint does not state facts constituting a cause of action, it is not so clear that it does, that the demurrer should be held frivolous.

The motion for judgment is denied, with $10 costs, to abide the event.   The complaint may be amended on payment of $10 costs.